IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

```
STRATEGIC REALTY FUND, LLC,       )  CIVIL NO. 17-00545 LEK-RLP
                                  )
              Plaintiff,          )  ORDER DENYING PLAINTIFF
                                  )  STRATEGIC REALTY FUND, LLC'S
     vs.                          )  REQUEST TO CLERK FOR ENTRY OF
                                  )  DEFAULT AGAINST AGAPITO H.
AGAPITO H. SARMIENTO, JR.,        )  SARMIENTO, JR., LINDA Y.
LINDA Y. SARMIENTO, PETER K.      )  SARMIENTO, AND PETER K.
SARMIENTO, ET AL.,                )  SARMIENTO
                                  )
              Defendants.         )
_____ )
```

ORDER DENYING PLAINTIFF STRATEGIC REALTY FUND, LLC'S
REQUEST TO CLERK FOR ENTRY OF DEFAULT AGAINST AGAPITO H.
SARMIENTO, JR., LINDA Y. SARMIENTO, AND PETER K. SARMIENTO

Before the Court is Plaintiff Strategic Realty Fund, LLC's Request to Clerk for Entry of Default Against Agapito H. Sarmiento, Jr., Linda Y. Sarmiento, and Peter K. Sarmiento, filed on December 13, 2017 ("Request"). ECF No. 10. Entry of default is appropriate if the defendant "has failed to plead or otherwise defend." Fed. R. Civ. P. 55(a). "No default may be entered, however, if the party has filed a response indicating its intent to defend the action." Coppola v. Prolux, No. 3:11-CV-00074-LRH-VPC, 2012 WL 3068792, at *6 (citing Fed. R. Civ. P. 55(a), 2007 advisory committee notes).

Here, Plaintiff filed its Complaint on October 13, 2017. See ECF No. 1-1. Plaintiff attached to its Request a copy of the Return and Acknowledgment of Service, filed in state court on October 31, 2017, showing that Defendant Agapito H. Sarmiento, Jr. was served on October 28, 2017. ECF No. 10-2. Defendant

Agapito H. Sarmiento, Jr., proceeding pro se, removed this action to federal court on November 2, 2017. ECF No. 1. In his Notice, Defendant Agapito H. Sarmiento, Jr. states that "no landlord/tenant relationship exists between Plaintiff and Defendant(s)" and that Plaintiff cannot obtain possession by an ejectment action because Plaintiff "is not a bona fide purchaser, or subsequent purchaser." ECF No. 1 at 3. Defendant Agapito H. Sarmiento, Jr. included additional statements challenging Plaintiff's claims in his Notice of Removal. Id. at 3-4. In addition to the Notice of Removal, Defendant Agapito H. Sarmiento, Jr. also filed a request to proceed without prepayment of fees, which was granted on November 6, 2017. ECF No. 5. In light of Defendant Agapito H. Sarmiento, Jr.'s filings in this Court and his pro se status, the Court cannot find that he has failed to defend this action at this time. Based on the statements made in his Notice of Removal, he has indicated his "intent to defend the action." See Coppola, 2012 WL 3068792, at *6. However, the Court does note that Defendant Agapito H. Sarmiento, Jr. did not appear at the Rule 16 Scheduling Conference on December 13, 2017, see ECF No. 8, and has not participated in a Rule 26(f) discovery conference with Plaintiff's counsel, see ECF No. 7. If Defendant Agapito H. Sarmiento, Jr. continues to fail to participate in this action, entry of default against him will be appropriate.

Regarding Plaintiff's request for entry of default

against Defendants Linda Y. Sarmiento and Peter K. Sarmiento, Plaintiff has made no showing that these Defendants were served with the Complaint.  See ECF No. 10.  Based on Plaintiff's Scheduling Conference Statement, Plaintiff "has no knowledge or information as to the citizenship of Defendants Linda Y. Sarmiento and Peter K. Sarmiento," which indicates that Plaintiff has not yet located these Defendants for service.  Accordingly, the Court DENIES Plaintiff's Request.

## CONCLUSION

Based on the foregoing, the Court DENIES Plaintiff Strategic Realty Fund, LLC's Request to Clerk for Entry of Default Against Agapito H. Sarmiento, Jr., Linda Y. Sarmiento, and Peter K. Sarmiento.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, DECEMBER 18, 2017.

Richard L. Puglisi
United States Magistrate Judge

**STRATEGIC REALTY FUND, LLC v. SARMIENTO, JR., ET AL.; CIVIL NO. 17-00545 LEK-RLP; ORDER DENYING PLAINTIFF STRATEGIC REALTY FUND, LLC'S REQUEST TO CLERK FOR ENTRY OF DEFAULT AGAINST AGAPITO H. SARMIENTO, JR., LINDA Y. SARMIENTO, AND PETER K. SARMIENTO**